UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENVER GOREE #111992, JR,

       Plaintiff,                               Case No. 1:19–cv–395

v.                                          Hon. Robert J. Jonker

MICHIGAN PAROLE BOARD,

       Defendant.
_____/

**NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been transferred from Michigan Eastern, former case number 2:19–cv–10869, and filed in this court on May 17, 2019. It has been assigned the case number and judge set forth above.

                                              CLERK OF COURT

Dated: May 17, 2019         By:    /s/ N. Stimec
                                               Deputy Clerk